FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

RECEIVED
WD/AR
MAR 25 2008
U.S. CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 3 1 2008
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Donnie Jay Qualls
(Enter above the full name of
the plaintiff in this action.)

Social Security No. 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

Prisoner ID No. N/A

v.                              CASE NO. 08-3018

State of Arkansas

(Enter above the full name of
defendant, or defendants, in
this action.)

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action?

        Yes _____       No \_\_X\_\_

   B.   If your answer to A is yes, describe each lawsuit in the
        space below including the exact plaintiff name or alias
        used.  (If there is more than one lawsuit, describe the
        additional lawsuits on another piece of paper, using the
        same outline.)

        1.   Parties to this lawsuit
             Plaintiffs: ~~Donald~~ _____

             _____

             Defendants: _____

             _____

        2.   Court (if federal court, name the district; if
             state, name the county: _____

-1-

      3.    Docket Number: _____

      4.    Name of judge to whom case was assigned: _____

      5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?_____

      6.    Approximate date of filing lawsuit: _____

      7.    Approximate date of disposition: _____

II.  Place of Present Confinement: _____

_____

III.  There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A.    Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes _____      No _____

    B.    If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure.  <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>

    C.    If your answer is NO, explain why not: _____

_____

_____

IV.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank.

    A.    Name of plaintiff: _____

        Address: _____

_____

-2-

(In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

B:  Defendant: Kenford Carter
Position: Deputy Prosecutor
Place of Employment: Marion County District Court
Address: Unknown

Defendant: Jodi Athens
Position: Nurse
Place of Employment: Ozark Counseling Center
Address: Unknown

Defendant: Dr Linda Parker
Position: Section Chief
Place of Employment: Arkansas State Hospital
Address: Unknown

Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

V. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Kenford Carter conspired with Jodi Ahrens to fabricate a False and unTrue Report, this Report stated I Lived in a Shed with no proof And No Substantiated evidence And Mr Carter knowing I painted in this Shed He committed me To Arkansas State Hospital where a psychiatrist spouted off this same Lie in court I was misDiagnosed Illegally medicated

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the State to pay me for Its complicity in this perjury they used on me I want 100 million Dollars for Slander Defamation perjury

I declare under penalty of perjury (18 U.S.C. §1621) that the foregoing is true and correct.

Executed this 21st day of March, 2008.

Donnie Jay Qualls
Signature of Plaintiff

-4-

Arkansas State Medical Board
RE: Donnie Jay Qualls, MR# 614858
September 21, 2007
Page 2

---

*This is a lie, y'all all of who did and caused ~~willful~~ fabrication there by ~~commit~~ committing committal by perjury.*

*Subornation of perjury Felony*

*100,000 Dollar Fine + Slander, Defamation of character*

---

The single point of admission form indicated that the patient was living in a shed.

*I stated I painted in this shed*

*I Have Proof + Witnesses         this is a lie*