IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNIE JAY QUALLS     PLAINTIFF

v.     Civil No. 08-3018

THE STATE OF ARKANSAS;
KENFORD CARTER, Deputy
Prosecuting Attorney for Marion County;
JODI AHRENS, Nurse; DR. LINDA PARKER,
Section Chief, Arkansas State Hospital     DEFENDANTS

## ORDER

DONNIE JAY QUALLS submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted.

The matter of service will be determined at a later time.

IT IS SO ORDERED this 28 day of March 2008.

/s/ Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 3 1 2008
CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO72A
(Rev. 8/82)