IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNIE JAY QUALLS                                                                   PLAINTIFF

v.                            Case No.: 08-3018

JODI AHRENS, Nurse;
DR. LINDA PARKER, Section Chief, Arkansas
State Hospital                                                                      DEFENDANTS

## O R D E R

Plaintiff's complaint was filed in this case on March 31, 2008. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Donnie Jay Qualls, complete and sign the attached addendum to his complaint, and return the same to the court **by May 27, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by May 27, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 25th day of April, 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNIE JAY QUALLS                                                                                   PLAINTIFF

v.                              Case No.: 08-3018

JODI AHRENS, Nurse;
DR. LINDA PARKER, Section Chief, Arkansas
State Hospital                                                                                                    DEFENDANTS

**ADDENDUM TO COMPLAINT**

TO: DONNIE JAY QUALLS

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court by **May 27, 2008.** Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege you were illegally committed to the State Hospital, mis-diagnosed, and illegally medicated.

1. Are you seeking to sue these Defendants in their: (please choose one)

   _____ individual capacities.

   _____ official capacities.

Page 1 of 4

_____ both individual and official capacities.

If you are suing the Defendants in their official capacities or both individual and official capacities, describe below the policy or procedure that you believe deprived you of your constitutional rights.

_____

_____

_____

2. Describe below your claims against each Defendant:

Nurse Ahrens:

_____

_____

_____

(A) Who sent you to see or be evaluated by Nurse Ahrens?

_____

_____

_____

Dr. Linda Parker:

_____

_____

_____

3. What were the dates of your commitment to the State Hospital?

_____

_____

_____

_____

_____

       4. Describe below any and all injuries you received as a result of being sent to the state hospital.

_____

_____

_____

_____

_____

       (A) Did you seek medical treatment for these injuries?

Answer: Yes____ No____

If no, why did you not seek treatment?

If yes, was treatment provided to you?  Describe the treatment you received.

_____

_____

_____

_____

       5.  You state you were illegally medicated.  What medication was given to you?  Why was it given?

_____

_____

_____

_____

      6. Are there any other persons you would like to name as Defendants in your lawsuit?

Answer: Yes___ No____

If yes, list those Defendants, and your claims against them, below.

_____

_____

_____

_____

      7. Are your only claims against the Defendants based on slander, defamation, and/or perjury?

Answer: Yes___ No___

If you answered no, explain the basis of your claims below.

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                                _____

                                                DONNIE JAY QUALLS

                                                _____

                                                DATE