```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

DONNIE JAY QUALLS                                      PLAINTIFF

        v.                Civil No. 08-3018

STATE OF ARKANSAS;
KENFORD CARTER, Deputy Prosecuting
Attorney for Marion County;
JODI AHRENS, Nurse;
DR. LINDA PARKER, Section Chief,
Arkansas State Hospital                                DEFENDANTS

### ORDER

NOW on this 22nd day of July 2008, comes on for consideration the **Reports and Recommendations of the Magistrate Judge** (documents #5 and 7), filed on April 25, 2008 and May 1, 2008, and plaintiff's objections thereto (document #8).

The Court, being well and sufficiently advised, finds that plaintiff's objections offer neither law nor fact requiring departure from the Reports and Recommendations of the Magistrate Judge and the same should be, and they hereby are, adopted *in toto*.

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Reports and Recommendations of the Magistrate Judge** are **adopted *in toto***. Accordingly, plaintiff's claims against the State of Arkansas and Kenford Carter, Deputy Prosecuting Attorney for Marion County, are hereby dismissed on the grounds that these parties are immune from suit. See 28 U.S.C. § 1915(e)(2)(B)(I)-(iii) (IFP action may be dismissed on such grounds at any time). Further, plaintiff's claims against Jodi Ahrens and Dr. Linda

Parker are hereby dismissed pursuant to Heck v. Humphrey, 512 U.S. 477 (1994), and for failure to state a claim. See 28 U.S.C. § 1915(e)(2)(B)(I)-(iii).

    **IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**